**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00850-CV
### IN THE INTEREST OF J.R.W., CHILD, Appellant

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2010-05537J**

---

## O R D E R

The clerk's record was filed September 28, 2012 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) findings of fact and conclusions of law signed November 5, 2012 (2) appellant's motion for new trial (3) motion confirming indigence and (4) appointment of appellate counsel dated November 27, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 18, 2013, containing (1) findings of fact and conclusions of law signed November 5, 2012 (2) appellant's motion for new trial (3) motion confirming indigence and (4) appointment of appellate counsel dated November 27, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM